PANY ET AL.   In error to the Supreme Court of the State of Georgia.   March 15, 1916.   Dismissed with costs, on motion of counsel for the plaintiff in error.   *Mr. John D. Little, Mr. Arthur G. Powell, Mr. Marion Smith, Mr. Max F. Goldstein* and *Mr. Eugene Dodd* for the plaintiff in error.   *Mr. William A. Wimbish, Mr. Leonard Haas* and *Mr. Hudson Moore* for the defendants in error.

———

No. 738.   JUDSON HARMON, RECEIVER, ETC., PLAINTIFF IN ERROR, *v.* ANDREW C. BROWN, ADMINISTRATOR, ETC. In error to the Supreme Court of the State of Indiana. March 17, 1916.   Dismissed with costs, per stipulation. *Mr. John B. Elam* for the plaintiff in error.   *Mr. James E. Watson* for the defendant in error.

———

No. 315.  FRANCISCO GOENAGA Y OLSA ET AL., APPELLANTS, *v.* ELISA GALLARDO Y SEARY ET AL.   Appeal from the District Court of the United States for Porto Rico. March 17, 1916.   Dismissed with costs, on motion of counsel for the appellant.   *Mr. N. B. K. Pettingill* for the appellants.   *Mr. Frederic R. Coudert* and *Mr. Howard Thayer Kingsbury* for the appellees.

———

No. 932.   GEORGE WAKEFIELD, APPELLANT, *v.* JOHN J. BRADLEY, MARSHAL, ETC., ET AL.   Appeal from the District Court of the United States for the Northern District of Illinois.   April 3, 1916.   Docketed and dismissed with costs, on motion of *Mr. Solicitor General Davis* for the appellees.   *The Attorney General* for the appellees.   No one opposing.